IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| The Beachwaver Co. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:16-cv-858 |
| ) | |
| T3 Micro, Inc. ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

The parties have executed a Confidential Settlement Agreement and pursuant to Rule 41(a)(1)(A)(i), Plaintiff, The Beachwaver Co., hereby dismisses its action against Defendant, T3 Micro, Inc.

Dated: March 24, 2017

Respectfully submitted,

/S/Garrick T. Lankford
Garrick T. Lankford (28648-20)
Email: glankford@bhlawyers.net
Michael D. Marston (26875-71)
Email: mmarston@bhlawyers.net
BOTKIN & HALL, LLP
105 East Jefferson Boulevard, Ste. 400
South Bend, Indiana 46601
Telephone: (574) 234-3900
Fax: (574) 236-2839
*Counsel for Plaintiff, The Beachwaver Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 24, 2017**, the foregoing Notice of Voluntary Dismissal was filed electronically through the CM/ECF filing system and a copy was sent electronically to the following via e-mail:

Louis J. Deliuidice
Troutman Sanders LLP
875 Third Avenue
New York, New York 10022
E-mail: louis.deljuidice@troutmansanders.com
*Counsel for Defendant, T3 Micro, Inc.*

                                              */S/Garrick T. Lankford*
                                              Garrick T. Lankford